IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

NORTH RIM BREWING LLC,  )
  )
        Plaintiff,  )   TC-MD 150412C
  )
    v.  )
  )
DESCHUTES COUNTY ASSESSOR,  )
  )
        Defendant.  )   **FINAL DECISION OF DISMISSAL**[1]

This matter came before the court on its own motion to dismiss this case for lack of prosecution. A telephone trial was scheduled for 9:00 a.m. on July 11, 2016, to consider Plaintiff's appeal. The time and date of the trial was agreed upon by the parties at the case management conference held April 6, 2016. On April 6, 2016, the court sent notice of the scheduled telephone trial to Plaintiff at the e-mail address Plaintiff provided to the court. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal. Plaintiff failed to appear for the telephone trial. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered July 12, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

FINAL DECISION OF DISMISSAL  TC-MD 150412C         1

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of July 2016.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 29, 2016.*